**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF TEXAS**
**WICHITA FALLS DIVISION**

| | | |
|---|---|---|
| **RANDY NEFF AND FRANCENE NEFF,** | § | |
| **Plaintiffs,** | § | |
| **v.** | § | **CIVIL ACTION NO.: 7:26-cv-00112-O** |
| **STATE FARM FIRE AND CASUALTY COMPANY, STATE FARM LLOYDS, STATE FARM LLOYDS, INC., HAAG GLOBAL, HAAG ENGINEERING, and HAAG EDUCATION,** | § | |
| **Defendants.** | § | |

**DEFENDANT STATE FARM LLOYDS'**
**CERTIFICATE OF INTERESTED PERSONS**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant State Farm Lloyds provides the following information:

**1. For a nongovernmental corporate party, the name(s) of its parent corporation and any publicly held corporation that owns 10% or more of its stock:**

Defendant State Farm Lloyds is an association of individual underwriters authorized to conduct business in Texas as a Lloyds plan insurer as defined and set out in Chapter 941 of the Texas Insurance Code. Defendant has no publicly held common stock.

State Farm is a "Lloyds Plan" organized under Chapter 941 of the Texas Insurance Code. It consists of an unincorporated association of underwriters who were at the time this action was commenced, and still are, all citizens of Illinois or Arizona for diversity purposes. The current underwriters for State Farm Lloyds are listed below.

Defendant State Farm Fire and Casualty Company is a wholly owned subsidiary of State Farm Mutual Automobile Insurance Company, a mutual insurance company having no stock and no stockholders. No publicly held company owns 10% or more of the stock of State Farm Fire and Casualty Company or State Farm Mutual Automobile Insurance Company.

Defendant State Farm Lloyds, Inc. is the merely the attorney-in-fact for State Farm

Lloyds and is not a proper party to this lawsuit. State Farm Lloyds is an association of individual underwriters authorized to conduct business in Texas as a Lloyds plan insurer as defined and set out in Chapter 941 of the Texas Insurance Code. Defendant State Farm Lloyds Inc. has no publicly held common stock.

**2. A complete list of all persons, associations of persons, firms, partnerships, corporations, guarantors, insurers, affiliates, parent or subsidiary corporations, or other legal entities that are financially interested in the outcome of the case:**

a. Plaintiffs – Randy and Francene Neff – Texas Citizens

b. Counsel for Plaintiffs:

LYONS & SIMMONS, LLP
Michael P. Lyons
State Bar No. 24013074
mlyons@lyons-simmons.com
Michael S. Fechner, Jr.
State Bar No. 24108166
mfechner@lyons-simmons.com
2101 Cedar Springs Rd., Suite 1900
Dallas, TX 75201
214-665-6900
Fax 214-665-6950

c. Defendant – State Farm Lloyds is a citizen of Illinois pursuant to the citizenship of its underwriters listed below:

- Katinka Meijerink Bryson: Ms. Bryson is domiciled in Illinois. Her residence and full time place of employment is in Illinois and she has expressed an intent to remain in Illinois while an Underwriter of State Farm Lloyds.

- Justin Michael Tipsord: Mr. Tipsord is domiciled in Illinois. His residence and full time place of employment is in Illinois and he has expressed an intent to remain in Illinois while an Underwriter of State Farm Lloyds.

- Sara Gay Frankowiak: Ms. Frankowiak is domiciled in Illinois. Her residence and full time place of employment is in Illinois and she has expressed an intent to remain in Illinois while an Underwriter of State Farm Lloyds.

- Craig Dean Isaacs: Mr. Isaacs is domiciled in Illinois. His residence and full time place of employment is in Illinois and he has expressed an intent to remain in Illinois while an Underwriter of State Farm Lloyds.

- Jonathan Allen Porwick: Mr. Porwick is domiciled in Illinois. His residence and full time place of employment is in Illinois and he has expressed an intent to remain in Illinois while an Underwriter of State Farm Lloyds.

- Andrew Glenn Rader: Mr. Rader is domiciled in Illinois. His residence and full time place of employment is in Illinois and he has expressed an intent to remain in Illinois while an Underwriter of State Farm Lloyds.

- Ronald Bradley Thein: Mr. Thein is domiciled in Illinois. His residence and full time place of employment is in Illinois and he has expressed an intent to remain in Illinois while an Underwriter of State Farm Lloyds.

- Jordan Philip Sax: Mr. Sax is domiciled in Illinois. His residence and full time place of employment is in Illinois and he has expressed an intent to remain in Illinois while an Underwriter of State Farm Lloyds.

- Schuyler Neil Schupbach: Mr. Schupbach is domiciled in Illinois. His residence and full time place of employment is in Illinois and he has expressed an intent to remain in Illinois while an Underwriter of State Farm Lloyds.

- Matthew Joseph Parola: Mr. Parola is domiciled in Illinois. His residence and full time place of employment is in Illinois and he has expressed an intent to remain in Illinois while an Underwriter of State Farm Lloyds.

- Erin Elizabeth Fogarty: Ms. Fogarty is domiciled in Illinois. Her residence and full time place of employment is in Illinois and she has expressed an intent to remain in Illinois while an Underwriter of State Farm Lloyds.

- Brian Everett Truttmann: Mr. Truttmann is domiciled in Illinois. His residence and full time place of employment is in Illinois and he has expressed an intent to remain in Illinois while an Underwriter of State Farm Lloyds.

d. SFL Inc.

e. State Farm Fire and Casualty Company ("SFFCC")

f. Counsel for Defendant State Farm Lloyds, SFL Inc., and SFFCC:

SUSAN E. EGELAND
State Bar No. 24040854
Southern District Bar No. 1804016
segeland@cozen.com
MATTHEW C. SAPP
State Bar No. 24063563
Southern District Bar No. 1785492
msapp@cozen.com
COZEN O'CONNOR
1717 Main Street, Suite 3100
Dallas, Texas 75201
(214) 462-3000 (Telephone)

(214) 462-3299 (Facsimile)

g. Defendants – Haag Global LLC, Haag Engineering Co. and Haag Education, LLC:

h. Counsel for Defendants Haag Global LLC, Haag Engineering Co. and Haag Education, LLC:

James L. Sowder
State Bar No. 18863900
Ellen Platt
State Bar No. 24131594
THOMPSON, COE, COUSINS,&IRONS, LLP
700 North Pearl Street, 25th Floor
Dallas, Texas 75201
Telephone: (214) 871-8200
Facsimile: (214) 871-8209
Email: jsowder@thompsoncoe.com
Email: EPlatt@thompsoncoe.com

Respectfully Submitted,

*/s/ Susan E. Egeland*
SUSAN E. EGELAND
State Bar No. 24040854
segeland@cozen.com
MATTHEW C. SAPP
State Bar No. 24063563
msapp@cozen.com
COZEN O'CONNOR
1717 Main Street, Suite 3100
Dallas, Texas 75201
(214) 462-3000 (Telephone)
(214) 462-3299 (Facsimile)

**ATTORNEYS FOR DEFENDANT**

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing document was served to all counsel of record in accordance with the Federal Rules of Civil Procedure on September 25, 2026.

*/s/ Susan E. Egeland*
SUSAN E. EGELAND